UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 14- 9216 |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | |
| Lanny Huckaby | : | ORDER OF RELEASE |

The Court orders the defendant, _Lanny Huckaby_, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: _____

_____     Oct 2, 2014
DEFENDANT                   DATE

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

10/2/14
DATE

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

_____
Leslie Richards
U.S. PRETRIAL SERVICES OFFICER